UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE BRETON,

                        Plaintiff,

    against

CITY OF NEW YORK, et al.,

                        Defendants.

CIVIL ACTION NO.: 17 Civ. 9247 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties are reminded that this action has been referred to the undersigned for general pretrial management, including discovery. (ECF No. 56). All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to the undersigned and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

Accordingly, Defendants are **ORDERED** to respond to Plaintiff's Letter-Motion for an extension of the discovery deadlines (ECF No. 64) by **Tuesday, December 17, 2019**.

Dated:      New York, New York
             December 13, 2019

SO ORDERED

_____

**SARAH L. CAVE**
**United States Magistrate Judge**