UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE BRETON,

        Plaintiff,

against

CITY OF NEW YORK, et al.,

        Defendants.

CIVIL ACTION NO.: 17 Civ. 9247 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of District Judge John G. Koeltl's ruling (ECF No. 65), the undersigned's order at ECF No. 66 is terminated.

Dated:    New York, New York
            December 16, 2019

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**