UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE BRETON,

                Plaintiff,

against

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 09247 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Monday, February 3, 2020 at 12:00 pm**, regarding Plaintiff's Letter-Motion for Discovery. (ECF No. 68).

At the above date and time, Plaintiff's counsel is directed to call Chambers at (212) 805-0214 with all parties on the line. All counsel who intend to speak during the call must use a landline or phone with equivalent quality. On receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time.

Dated:     New York, New York
            January 23, 2020

                                          SO ORDERED

                                          _/s/ Sarah L. Cave_
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**