UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE BRETON,

                        Plaintiff,

against

CITY OF NEW YORK, et al.,

                        Defendants.

CIVIL ACTION NO.: 17 Civ. 09247 (JGK) (SLC)

**AMENDED ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference was held on Monday, **February 3, 2020**, regarding Plaintiff Frankie Breton's Letter-Motion for Discovery (ECF No. 68) and the parties' joint Letter-Motion for an extension of time to complete discovery (ECF No. 73). Mr. Breton's Letter-Motion is GRANTED in part and DENIED in part. The parties' joint Letter-Motion is GRANTED.

Plaintiff's request for Mr. Manuel Matias's arrest records is DENIED. By **February 10, 2020**, the City of New York is ordered to produce, on a confidential basis and pursuant to Local Civil Rule 83.10, a list of Mr. Matias' times and dates of arrest, crimes charged, and the names of the arresting officers. The City of New York is also ordered to ascertain and notify Plaintiff's counsel whether any I-cards issued for Mr. Matias prior to October 21, 2016 still exist. In the event that any I-Cards for Mr. Matias exist, the City of New York is ordered to produce the name(s) of the detective(s) who authored those I-cards and Plaintiff may renew his request that the City of New York produce those I-Cards.

The parties' deadline to complete fact discovery is adjourned to **Tuesday, March 31, 2020**. A Telephone Conference is scheduled for **Tuesday, March 31, 2020 at 11:00 am**. At the above

date and time, Plaintiff's counsel is directed to call Chambers at (212) 805-0214 with all parties on the line.  All counsel who intend to speak during the call must use a landline or phone with equivalent quality.  On receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time.

The Clerk of Court is respectfully directed to close ECF Nos. 68 and 73.

Dated:      New York, New York
            February 5, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**