UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE BRETON,

                Plaintiff,

against

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 09247 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference was held today, April 6, 2020, regarding Plaintiff Frankie Breton's Letter-Motion for Discovery. (ECF No. 80). Mr. Breton's Letter-Motion is GRANTED.

The City of New York is directed to search for and produce any "Activate Investigation Card" DD5 reports for Mr. Manuel Matias, related to his active I-card at the time of Plaintiff's arrest. The parties may stipulate to any necessary confidentiality restrictions on their production.

The parties' deadline to complete fact discovery is adjourned to **Monday, June 1, 2020**. The Telephone Conference scheduled for Thursday, April 30, 2020 is adjourned sine die. By **Friday, May 15, 2020**, the parties are directed to file a joint status report stating (1) how many depositions have been taken, (2) how many are outstanding, and (3) their anticipated date of completion.

The Clerk of Court is respectfully directed to close ECF No. 80.

Dated: New York, New York
April 6, 2020

SO ORDERED

_____
**SARAH L. CAVE
United States Magistrate Judge**